1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE JAMES M. ADLER)**

11 UNITED STATES OF AMERICA,        )  Case No. 08MJ0184
                                    )
12      Plaintiff,                  )
                                    )
13 v.                               )  **NOTICE OF APPEARANCE**
                                    )
14 **JONATHAN IVAN VELEZ-RAMIREZ**, )
                                    )
15                                  )
        Defendant.                  )
16 _____)

17      Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

18 R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                              Respectfully submitted,

21

22 Dated: February 1, 2008         /s/ *Robert R. Henssler, Jr.*
                                   **ROBERT R. HENSSLER, JR.**
23                                 Federal Defenders of San Diego, Inc.
                                   Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: February 1, 2008      */s/ Robert R. Henssler, Jr.*
                             **ROBERT R. HENSSLER, JR.**
                             Federal Defenders of San Diego, Inc.
                             Robert_Henssler@fd.org