FILED
Feb 19 2008
RRNme

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN VELEZ-RAMIREZ,<br><br>　　　　Defendant. | Criminal Case No. 08cr419-BTM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting |

The United States Attorney charges:

On or about January 20, 2008, within the Southern District of California, defendant JONATHAN VELEZ-RAMIREZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Juana Manzanares-Ayala, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 2/19/08.

KAREN P. HEWITT
United States Attorney

/s/ W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
1/23/08